BEFORE THE FIRST DIVISION, JANUARY 20, 1959

No. 62680.—Inter-Maritime Fwdg. Co., Inc., et al. v. United States, protests 274434–K, etc.   (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of so-called chixexers, and parts thereof, the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiffs was sustained.

No. 62681.—Manca, Inc. v. United States, protests 324026–K and 324027–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of scientific and laboratory apparatus, and parts thereof, wholly or in chief value of metal, the claim of the plaintiff was sustained.

No. 62682.—Manca, Inc. v. United States, protests 315444–K and 315447–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the merchandise was dutiable as follows: The items marked "A" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for photographic lenses and the items marked "B" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for.

No. 62683.—Criterion Bead & Novelty Corp. and Excel Shipping Corp. et al. v. United States, protests 258115–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with